**Opinion issued December 4, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00785-CV

_____

## IN RE CITY OF GALENA PARK, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, the City of Galena Park, seeks mandamus relief to compel the trial court to vacate its order, signed February 13, 2018, finding that relator had no standing to assert violations of the Texas Open Meetings Act.[1]

---

[1] The underlying case is *The City of Galena Park v.Robert C. Pruett*, cause number 2016-35876, pending in the 127th District Court of Harris County, Texas, the Honorable Ravi K. Sandill presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.